KOG:USAO#2021R00316

HEE 8/25/21

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 AUG 26  PM 4: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : CRIMINAL NO. CCB·21cr 334 |
| **v.** | : |
| | : **(Conspiracy, 18 U.S.C. §371; Arms** |
| | : **Export Control Act Violation, 22** |
| **WILSON NUYILA TITA,** | : **U.S.C. §2778; Export Control Reform** |
| | : **Act Violation, 50 U.S.C. § 4819;** |
| **ERIC FRU NJI,** | : **Transportation of Firearm with** |
| | : **Obliterated Serial Number, 18 U.S. C.** |
| **and** | : **§ 922(k); Forfeiture, 18 U.S.C.** |
| | : **§ 981(a)(1)(C), 18 U.S.C. § 924(d), 21** |
| **WILSON CHE FONGUH,** | : **U.S.C. § 853, 22 U.S.C. § 401, 28 U.S.C.** |
| | : **§ 2461(c), 50 U.S.C. § 4819(d))** |
| **Defendants.** | |

**...oOo...**

## INDICTMENT

The Grand Jury for the District of Maryland charges:

## COUNT ONE

## (Conspiracy)

## General Allegations

At all times relevant to this Indictment:

### A.    The Arms Export Control Act

1.    The Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, prohibits the export

of defense articles from the United States to a foreign location without a license or other written

1

authorization from the U.S. Department of State.

2.        The term "defense article" is defined in the AECA's attendant regulations, the International Traffic in Arms Regulations ("ITAR"), 22 C.F.R. §§ 120–130, as any item specifically designated on the United States Munitions List ("USML"), 22 C.F.R. § 121.1.

3.        Pursuant to 22 U.S.C. §§ 2778(b)(2) and 2778(c), it was a crime to willfully export and cause to export from the United States to another country a defense article designated on the USML, without having first obtained such license or written authorization.

**B.        The Export Control Act of 2018**

4.        The Export Control Reform Act of 2018 ("ECRA"), 50 U.S.C. §§ 4801-4852, authorizes the President to control the export of items subject to the jurisdiction of the United States, ECRA § 4812(a).

5.        Pursuant to ECRA and, prior to ECRA's enactment on August 13, 2018, the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. §§ 1701-1707, the Department of Commerce, Bureau of Industry and Security, reviews and controls the export of certain items, including goods, software, and technologies, often called dual-use goods, from the United States to foreign countries through the Export Administration Regulations ("EAR"), 15 C.F.R. §§ 730-774. In particular, the EAR restricts the export of items that could make a significant contribution to the military potential of other nations or that could be detrimental to the foreign policy or national security of the United States. The EAR imposes licensing and other requirements for items subject to the EAR to be lawfully exported from the United States.

6.        The most sensitive items subject to EAR controls are identified on the Commerce Control List ("CCL"), published at 15 C.F.R. Part 774, Supp. No. 1. Items on the CCL are categorized by Export Control Classification Number ("ECCN"), each of which has export

controls requirements depending on destination, end use, and end user.

**C.**    **Electronic Export Information**

7.    The Department of Commerce, through the U.S. Census Bureau, requires the filing of electronic export information ("EEI") under Title 13, United States Code, Section 305 and the Foreign Trade Regulations, Title 15 Code of Federal Regulations, Part 30. An essential and material part of the EEI is information concerning the ultimate consignee and the country of ultimate destination of the export. In many cases, the identity of the ultimate consignee determines whether the goods may be exported without specific authorization from the U.S. government. The EEI is a statement to the U.S. government that the transaction occurred as described. The EEI is used by the United States Bureau of Census to collect trade statistics and by the Bureau of Industry and Security, Department of Commerce, for export control purposes. In general, EEI must be filed for shipments for which export licenses are required and for exports of goods valued at more than $2,500.

**D.**    **The Defendants**

8.    Defendant **WILSON NUYILA TITA** was a resident of Owings Mills, Maryland.

9.    Defendant **ERIC FRU NJI** was a resident of Fort Washington, Maryland.

10.    Defendant **WILSON CHE FONGUH** was a resident of Bowie, Maryland.

11.    None of the defendants or co-conspirators had a license or any written authorization to export any items on the USML or on the CCL from the United States to Nigeria.

### The Conspiracy

12.    Beginning in or before November, 2017, and continuing until on or about July 19, 2019, in the District of Maryland and elsewhere, the defendants did knowingly and unlawfully combine, conspire, confederate, and agree with Tamufor St. Michael, Roger Akem a/k/a

3

Akembuom, Edith Ngang, Walters Muma, and others known and unknown to the Grand Jury, to commit the following offenses against the United States:

a.      to knowingly and willfully export and to attempt to export from the United States defense articles designated on the USML, without having first obtained from the Department of State the required license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and (c);

b.      to knowingly and willfully export and attempt to export from the United States to Nigeria items identified on the CCL without first obtaining the required license from the Department of Commerce in violation of Title 50, United States Code, Section 4819 and Title 50, United States Code, Section 1705;

c.      to knowingly export, send and cause to be exported and sent from the United States to a place outside the United States, that is Nigeria, firearms, ammunition, and rifle scopes contrary to any law or regulation of the United States and to conceal and facilitate the concealment of the firearms, ammunition and rifle scopes, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554;

d.      to knowingly deliver and cause to be delivered to a common or contract carrier for transportation or shipment in foreign commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, packages and containers in which there were firearms or ammunition without providing written notice to the carrier, in violation of Title 18, United States Code, Section 922(e); and

4

e.     to knowingly transport, ship, and cause to be transported and shipped, in foreign commerce, firearms which had the importer's or manufacturer's serial number removed or obliterated in violation of Title 18, United States Code, Section 922(k).

## **Object of the Conspiracy**

13.     The object of the conspiracy was to export from the United States defense articles identified on the USML and items identified on the CCL without first obtaining export licenses and to conceal from the United States that those items were being shipped from the Port of Baltimore in Maryland to Nigeria and at least one other location in Africa.

## **Manner and Means of the Conspiracy**

14.     It was a part of the conspiracy that the defendants and other co-conspirators contributed funds for the purchase of firearms, ammunition, reloading materials and other equipment with military and civilian applications for the purpose of shipping overseas.

15.     It was further part of the conspiracy that the defendants and other co-conspirators communicated, often using code words, about their efforts and plans to ship weapons and ammunitions, as well as other items, via the WhatsApp online encrypted messaging application.

16.     It was further part of the conspiracy that the defendants and other co-conspirators attended meetings using the Zoom online video application, as well as in person at various locations in Maryland, to discuss their efforts and plans to secretly ship weapons and ammunitions, as well as other items, from the United States to Nigeria and at least one other location in Africa.

17.     It was further part of the conspiracy that one or more co-conspirators purchased firearms, ammunition, reloading supplies and other items online and in person, often using funds contributed by the defendants and other co-conspirators for such purchases.

18.     It was further part of the conspiracy that the defendants and other co-conspirators re-loaded and caused to be re-loaded ammunition and manufactured firearms in the basement of the St. Michael's residence on Golden Ring Road in Rosedale, Maryland, which at times was referred to by the co-conspirators as the "lab."

19.     It was further part of the conspiracy that the defendants and other co-conspirators obliterated and caused to be obliterated the serial numbers on some of the firearms purchased in order to make it impossible to trace the origins of the firearms.

20.     It was further part of the conspiracy that the defendants and other co-conspirators concealed and caused to be concealed the firearms, ammunition, rifle scopes, and other items that had been purchased, re-loaded or manufactured in heavily wrapped packages and duffle bags, and inside sealed compressor units and generators for shipment from the United States.

21.     It was further part of the conspiracy that in late 2018, the defendants and other co-conspirators loaded and caused to be loaded concealed firearms, ammunition, rifle scopes, and other items that had been purchased, re-loaded or manufactured into a shipping container that was destined for Nigeria without obtaining the requisite licenses from the Department of State and the Department of Commerce.

22.     It was further part of the conspiracy that the co-conspirators caused electronic

export information submitted to the U.S. government for the container's export to contain materially false information as to the identity of the exporter of record and the intermediate and ultimate consignee, as well as the ultimate destination of the container's contents.

23.     It was further part of the conspiracy that the co-conspirators caused the container to be delivered to Carrier #1 for transport from the Port of Baltimore in Maryland to Onne, Nigeria without providing written notice to Carrier #1 that the container contained firearms and ammunition.

**Overt Acts**

24.     In furtherance of the conspiracy and to effect the objects of the conspiracy, at least one of the co-conspirators performed and caused to be performed one of the following overt acts on or about the dates set forth below in the District of Maryland and elsewhere:

a.      On or about October 12, 2018, defendant **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **WILSON CHE FONGUH**, as follows: "This video d [sic] still leak out? Please stop this woman from going to that lab. She can easily implicate all of you."

b.      On or about October 23, 2018. defendant **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **WILSON CHE FONGUH**, which stated, in part, as follows: "Good morning Comrade. I encourage everyone to adjust their schedule to increase time spent in the lab. Sunday's participation was good and will get better. We are putting lab and our Security as paramount. Since I am unable to drive to the lab every day, I have collected few basic resources which can be done home like clean used gnut peelings for reuse."

c.     On or about October 26, 2018, **WILSON CHE FONGUH** sent a message via WhatsApp to other co-conspirators, including defendants **ERIC FRU NJI** and **WILSON NUYILA TITA**, as follows: "Its imperative we double our efforts. I can confirm I will be at the lab on Sunday. The work has been greatly slow this past weeks [sic] and it pains me to see how our heroes are falling like flies."

d.     On or about October 26, 2018, **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **WILSON CHE FONGUH**, which stated, in part, as follows: "Just last night I primed 500 gnut peelings. If we can go to the lab daily, there are somethings we can take home and process to push the work. But it should happen only to those who have private areas in their homes."

e.     On or about November 4, 2018, **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **WILSON CHE FONGUH**, as follows: "Lab work was great today with 5 members. A lot was done today."

f.     On or about November 11, 2018, **WILSON NUYILA TITA** transferred $100.00 to co-conspirator St. Michael via CashApp with the notation "pnut."

g.     On or about November 14, 2018, **WILSON CHE FONGUH** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **ERIC FRU NJI**, as follows: "The acceptable option is to get those stuffs loaded here. The question now is, how do we get those from there? Clearly the trucking is a little more than getting a container from here but we need those goods to fill the container."

h.     On or about November 15, 2018, **WILSON NUYILA TITA** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON CHE FONGUH** and **ERIC**

**FRU NJI**, approving a plan to transport a shipping container from Minnesota to Baltimore as follows: "The plan is a win."

      i.      On or about November 26, 2018, **WILSON NUYILA TITA** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON CHE FONGUH** and **ERIC FRU NJI**, which stated, in part, as follows: "Rogers, Tamufor [St. Michael] and myself explained ...the Gnut part of the project and timelines....The Ntuba team ...were more excited about the sniper part of the project."

      j.      On or about December 15, 2018, Conspirator #1 transferred $3,000 to co-conspirator St. Michael via CashApp with the notation "sticks."

      k.      On or about December 22, 2018, Conspirator #2 sent a message via WhatsApp to other co-conspirators, including the defendants, as follows: "If anyone has things that can be shipped in the container, Start bringing them along. It's vital that we make time and get the loading process underway. I also encourage everyone to bring some soft drinks. They are a good distraction to whoever inspects containers."

      l.      On or about December 22, 2018, Conspirator #3 sent a message via WhatsApp to other co-conspirators, including the defendants, as follows: "Good day. Please can we pick days that we can show up for some work. It is risky having container sit on a residential lot for many days. It will draw the attention of the authorities which we don't want."

      m.      On or about December 22, 2018, **WILSON CHE FONGUH** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **ERIC FRU NJI**, which stated, in part, as follows: "It has been noticeable that the same folks keep showing up. I beleive [sic] if all of us are committed with our actions, we will get this done

9

soonest. I suspect the same people that had been frequent will show up tomorrow. I hope those that had not been able to make it constantly will double their efforts."

n. On or about December 22, 2018, Conspirator #2 sent a message via WhatsApp to other co-conspirators, including the defendants, about the container, which stated, in part, as follows: "I'm here now and I can also agree with Tangye that this thing doesn't look good sitting in this driveway. We need to move faster and get this thing done."

o. On or about December 23, 2018, in response to a message sent by St. Michael via WhatsApp in which he indicated that manpower was needed to load the container, **WILSON CHE FONGUH** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **ERIC FRU NJI**, stating: "Good job. We will be there at 2 pm."

p. On or about January 2, 2019, Conspirator #3 filed and caused to be filed false electronic export information, including false information as to the identity of the U.S. Principal Party in Interest, the intermediate and ultimate consignee, and the contents of Container Number GESU4562654.

q. On or about January 10, 2019, Conspirator #3 delivered and caused to be delivered to Carrier #1 Container Number GESU4562654 without providing written notice to Carrier #1 that the container contained firearms and ammunition.

r. On or about January 26, 2019, **WILSON CHE FONGUH** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **ERIC FRU NJI**, in which he suggested that they use code names "to classify our projects and control of information."

s.      On or about January 26, 2019, **WILSON NUYILA TITA** responded to **WILSON CHE FONGUH's** suggestion to use code names via WhatsApp to other co-conspirators, including **WILSON CHE FONGUH** and **ERIC FRU NJI**, as follows: "I concur."

t.      On or about February 11, 2019, **WILSON NUYILA TITA** transferred $500.00 to **WILSON CHE FONGUH** via CashApp with the notation "contributions for sniper project."

u.      On or about February 12, 2019, **WILSON CHE FONGUH** sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **ERIC FRIU NJI,** as follows:

> Following comrades, I just got up with an information about a security breach for some pictures. While I am working hard to find how what happen, I will be taking my self off of the forum while investigation continues to determine how the leak came about. We all have to hold ourselves to the highest standards and that starts with me. While I am off, I remind [sic] committed and I am available for any questioning that will be helpful for the investigation to prevent this from happening and lessons learned.

v.      On or about February 12, 2019, Conspirator #1 sent a message via WhatsApp to other co-conspirators, including **ERIC FRU NJI** and **WILSON NUYILA TITA**, as follows: "I was just thinking about it. We should have a bin by the door. Everyone entering the lab must put his phone inside."

w.      On or about February 12, 2019, **WILSON NUYILA TITA** sent a message via WhatsApp to other co-conspirators, including defendant **ERIC FRU NJI**, as follows: "The best thing is prevention. No phones in the lab. Put a bin at the door and everyone should drop their phones in the bin as they enter the Lab."

x.      On or about February 12, 2019, **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including **WILSON NUYILA TITA,** that included the following: "We

will keep implementing controls to remediate incidents as we progress with the project. Let [sic] come out with rules and everyone must sign before having access to the lab. The excitement is there but let [sic] not allow it to over shadow our hardwork [sic]."

y.　　On or about March 3, 2019, St. Michael sent a message via WhatsApp to other co-conspirators, including defendants **WILSON NUYILA TITA** and **ERIC FRU NJI,** as follows: "Meeting was great. A lot of Major deliberations. We have a lot of work still standing by. I will appreciate for some members to let me know if they can make it at the lab tomorrow for concealment work."

z.　　On or about April 17, 2019, **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including defendant **WILSON NUYILA TITA**, as follows:

> Comrades, Commander Wal and I completed a consignment yesterday and it need [sic] to be dropped. I informed Commander Kool this morning. He promised to make arrangements for it to be dropped. Please update the team on the progress. We all have to create time and get things done in the lab. Ghost is carrying everything on his shoulder. Let [sic] step in to assist and keep encouraging him. If he breaks down, we will also fail. My few cents.

aa.　　On or about May 2, 2019, St. Michael sent a message via WhatsApp to other co-conspirators, including defendants WI**LSON NUYILA TITA** and **ERIC FRU NJI,** as follows:

> Please reach out to Comrade Rogers or Fungu or my self for payment arrangements for the month of May. Two new sticks has [sic] been procured today. A brand new sniper 308 for $2200.00 and is on hand now at the lab and a brand New Ak 47 for $850.00 (deposit of $300.00 has been made and the remaining balance to be made upon Ak 47 pickup) please members make ur contributions to keep things moving as well as time for concealment.

bb.　　On or about May 2, 2019, in response to St. Michael's request for contributions, **ERIC FRU NJI** sent a message via WhatsApp to other co-conspirators, including defendant

**WILSON NUYILA TITA**, as follows: "Thanks for updates. Will be coming through with my contribution soon."

cc.     On or about June 19, 2019, in response to a request by St. Michael for funds to purchase a 50 BMG single shot with scope for $3200.00, **ERIC FRU NJI** sent a message via WhatsApp message to other co-conspirators as follows: "I am broke but have cashed app $200 to Ghost. Please confirm. Will see as time unfolds if I can make it to $500. I love 50 BMG, it's my baby. God bless."

dd.     On or about June 19, 2019, in response to a request by St. Michael for funds to purchase a 50 BMG single shot with scope for $3200.00, **WILSON CHE FONGUH** sent a message via WhatsApp message to other co-conspirators, including defendants WI**LSON NUYILA TITA** and **ERIC FRU NJI,** as follows: "Its difficult to let such an opportunity pass by. For the time being book me for $200. I might up it later."

ee.     On or about July 12, 2019, **WILSON NUYILA TITA** sent a message via WhatsApp to other co-conspirators, including defendants **ERIC FRU NJI** and **WILSON CHE FONGUH**, in part, as follows: "we already have high caliber sniper rifles which arrived G1 and some five sniper rifles are still sitting in the Lab already packaged and ready to ship for the past three weeks. Those should have been in the high seas by now. It seems we have lost our sense of urgency."

ff.     On or about July 12, 2019, **WILSON NUYILA TITA** sent a message via WhatsApp to other co-conspirators, including defendants **ERIC FRU NJI** and **WILSON CHE FONGUH,** as follows: "Due to the sensitivity of this topic of conversation, I will delete my previous post and reachout [sic] to you guys on a one by one basis to make my plea. However, I

hope we can all wake up including myself and regain our sense of urgency as it was months back."

18 U.S.C. § 371

## COUNT TWO
### (Violation of the Arms Export Control Act)

The Grand Jury for the District of Maryland further charges:

1.     The allegations in Paragraphs 1 through 11 and Paragraphs 13 through 24 of Count One are re-alleged and incorporated herein.

2.     On or about January 17, 2019, in the District of Maryland and elsewhere, the defendants,

**WILSON NUYILA TITA,**

**ERIC FRU NJI,**

**and**

**WILSON CHE FONGUH**

did knowingly and willfully export, attempt to export, and cause to be exported from the United States to Nigeria defense articles on the United States Munitions List, the export of which was controlled under the Arms Export Control Act, without first having obtained the required license or written approval from the U.S. Department of State, to wit: approximately thirty-eight firearms which were controlled under United States Munitions List Category I(a), over thirty-five thousand rounds of ammunition which were controlled under United States Munitions List Category III(a), and forty-four magazines which were controlled under United States Munitions List Category I(g), as set forth in Attachment 1, which is incorporated herein by reference.

22 U.S.C.§ 2778
22 C.F.R. §§ 121.1, 123.1, 127.1(a) and 127.3

## COUNT THREE
### (Violation of the Export Control Reform Act)

The Grand Jury for the District of Maryland further charges:

1.      The allegations in Paragraphs 1 through 11 and Paragraphs 13 through 24 of Count One are re-alleged and incorporated herein.

2.      On or about January 17, 2019, in the District of Maryland and elsewhere, the defendants,

**WILSON NUYILA TITA,**

**ERIC FRU NJI,**

**and**

**WILSON CHE FONGUH**

did knowingly and willfully export, attempt to export, and cause to be exported items from the United States to Nigeria, to wit: one Bushnell Trophy Rifle Optic and one Burris AR Rifle Scope, which were designated under Export Control Classification Number 0A987.a, without first having obtained the required license or written approval from the U.S. Department of Commerce.

50 U.S.C. § 4819

15 C.F.R. Part 744 Supp. No. 1

## COUNT FOUR
### (Transportation of Firearm with Obliterated Serial Number)

The Grand Jury for the District of Maryland further charges:

1.     The allegations in Paragraphs 1 through 11 and Paragraphs 13 through 24 of Count One are re-alleged and incorporated herein.

2.     On or about January 17, 2019, in the District of Maryland and elsewhere, the defendants,

**WILSON NUYILA TITA,**

**ERIC FRU NJI,**

**and**

**WILSON CHE FONGUH**

did knowingly transport, ship and receive, and cause to be transported, shipped and received, in interstate and foreign commerce, firearms which had the manufacturer's serial number removed, obliterated, and altered, and which had, at any time, been shipped and transported in interstate and foreign commerce, to wit:

| Type | Manufacturer | Model | Caliber | Quantity |
|------|-------------|-------|---------|----------|
| Rifle | Remington Arms Co., Inc. | 700 | 300 | 1 |
| Rifle | Unknown | SKS | 762 | 17 |
| Shotgun | Remington Arms Co., Inc. | 870 | 12 | 1 |
| Rifle | Norinco | SKS | 762 | 1 |

17

| Handgun | Federal Armament, LLC | FP-15 | ZZ | 1 |
|---|---|---|---|---|
| Rifle | Savage | 111LR Hunter | 338 | 1 |
| Rifle | Savage | 110 | ZZ | 1 |
| Rifle | Savage | 110BA | 338 | 1 |
| Rifle | Spikes Tactical | Unknown | ZZ | 1 |
| Rifle | DPMS | LR-308 | 308 | 1 |
| Rifle | Ruger | Precision | .308 | 1 |
| Rifle | Palmetto State Armory | Unknown | ZZ | 1 |

18 U.S.C. § 922(k)

## FORFEITURE NOTICE

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), § 924(d), 22 U.S.C. § 401, 28 U.S.C. § 2461(c), and 50 U.S.C. § 4819(d), as a result of any defendant's conviction under Counts One through Four of the Indictment.

2.      As a result of the offenses alleged in Counts One through Four of this Indictment, the defendants,

**WILSON NUYILA TITA,**

**ERIC FRU NJI,**

**and**

**WILSON CHE FONGUH**

shall forfeit to the United States:

a.      all defense articles designated on the United States Munitions List and all items designated on the Commerce Control List that were recovered from Shipping Container Number: GESU4562654 on May 20, 2019, and on August 1, 2019, including but not limited to firearms, firearm parts and components, ammunition and rifle scopes, as set forth in Attachments 1 and 2 to this Indictment, which are incorporated herein by reference;

b.      all defense articles designated on the United States Munitions List, all items designated on the Commerce Control List, and all equipment and supplies capable of being used in the manufacturing of firearms and the reloading of ammunition that were seized from the residence located at 6701 Golden Ring Road in Rosedale, Maryland during the execution of a federal search warrant on July 19, 2019, as set forth on Attachment 3 to this Indictment, and which is incorporated herein by reference;

3.      Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in Count

19

Four, each of the defendants convicted of such offense shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), his interest in any firearms and ammunition involved in the offense, including but not limited to:

| Type | Manufacturer | Model | Caliber | Quantity |
|------|-------------|-------|---------|----------|
| Rifle | Remington Arms Co., Inc. | 700 | 300 | 1 |
| Rifle | Unknown | SKS | 762 | 17 |
| Shotgun | Remington Arms Co., Inc. | 870 | 12 | 1 |
| Rifle | Norinco | SKS | 762 | 1 |
| Handgun | Federal Armament, LLC | FP-15 | ZZ | 1 |
| Rifle | Savage | 111LR Hunter | 338 | 1 |
| Rifle | Savage | 110 | ZZ | 1 |
| Rifle | Savage | 110BA | 338 | 1 |
| Rifle | Spikes Tactical | Unknown | ZZ | 1 |
| Rifle | DPMS | LR-308 | 308 | 1 |
| Rifle | Ruger | Precision | .308 | 1 |
| Rifle | Palmetto State Armory | Unknown | ZZ | 1 |

**Substitute Assets**

4.      If, as a result of any act or omission by any of the defendants, any of the property subject to forfeiture, identified above, including property set forth on Attachment 1 and Attachment 2:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided

        without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).


18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)
21 U.S.C. § 853
22 U.S.C. § 401
28 U.S.C. § 2461(c)
50 U.S.C. § 4819(d)


**SIGNATURE REDACTED**

Foreperson

8/26/2021
Date

Jonathan F. Lenzner
Acting United States Attorney

21

**ATTACHMENT 1 – Defense Articles Seized from Container**

| ITEM | CALIBER |
|---|---|
| 1. Rifle | Unknown |
| 2. Rifle | Unknown |
| 3. Rifle | Unknown |
| 4. Rifle | Unknown |
| 5. Rifle, Remington 700 | Unknown |
| 6. Rifle, SKS | 0.762 |
| 7. Rifle, SKS | 0.762 |
| 8. Rifle, SKS | 0.762 |
| 9. Rifle, SKS | 0.762 |
| 10. Rifle, SKS | 0.762 |
| 11. Rifle, SKS with Bayonet | 0.762 |
| 12. Rifle | Unknown |
| 13. Rifle, SKS | 0.762 |
| 14. Rifle, SKS with Bayonet | 0.762 |
| 15. Rifle, SKS | 0.762 |
| 16. Rifle, Ruger Precision with Vortex Scope | 0.308 |
| 17. Rifle, SKS | 0.762 |
| 18. Rifle, SKS | 0.762 |
| 19. Rifle DPMS Inc. Panther LR-308 | 0.308 |
| 20. Handgun, Federal Armament, LLC. FP-15 | Unknown |
| 21. Rifle, Spike's Tactical LLC. | Unknown |
| 22. Rifle, SKS | 0.762 |
| 23. Rifle | Unknown |
| 24. Handgun | Unknown |
| 25. Handgun | Unknown |
| 26. Rifle | Unknown |
| 27. Rifle, Noreen Firearms, LLC. Bad News ULR | 50BMG |
| 28. Rifle, Savage 110BA | 0.338 |
| 29. Rifle, Savage 111LR Hunter | 0.338 |
| 30. Rifle, Savage 110 | Unknown |
| 31. Rifle, DPMS INC. Panther LR-308 | 0.308 |
| 32. Rifle, SKS | 0.762 |
| 33. Rifle, SKS | 0.762 |
| 34. Rifle, SKS | 0.762 |
| 35. Rifle, SKS with Collapsible Stock | 0.762 |
| 36. Rifle, SKS | 0.762 |
| 37. Rifle, SKS with Bayonet | 0.762 |
| 38. Rifle, Palmetto State Armory .308 | 0.308 |
| 39. Magazines (44) | Various |

40. All Ammunition and ammo components (35k+ approx.)     Various

**ATTACHMENT 2 – CCL items seized from the container**

1. Bushnell Trophy Rifle Optic
2. Burris AR Rifle Scope

# ATTACHMENT 3 – 6701 Golden Ring Road

1. 0001 N/A 50 Caliber brass 2 BX 2 EA 1
2. 0002 N/A 50 cal. ammunition 2 BX 2 EA 1
3. 0003 N/A 30 Caliber bullets 1 BX 1 EA
4. 0004 N/A 50 Caliber rifle rod 1 BX 1 EA 1
5. 0005 N/A 50 Caliber bullets 1 BG 1 EA 1 0006 N/A 45 Caliber brass 1 BG 1 EA
6. 0007 N/A 338 Caliber bullets 1 BX 1 EA
7. 0008 N/A 338 Caliber brass 1 BG 1 EA
8. 0009 N/A 223 Caliber bullet 1 BG 1 EA
9. 0010 N/A 556 Caliber bullets 1 BX 1 EA
10. 0011 N/A Reloading Gear / Components 1 BX 1 EA
11. 0012 N/A 45 Caliber Bullets 1 BX 1 EA
12. 0013 N/A magazines 1 BX 1 EA 1 0015 U1480 Noreen firearms 50 cal. 1 BX 1 EA 1
13. 0014 N/A primers 1 BX 1 EA
14. 0016 1300638 Chinese SKS 7.62x39 Century Arms 1 BX 1 EA
15. 0017 1802-20007 308 Ruger Rifle 1 BX 1 EA
16. 0018 BEEY731 Glock 43 9mm 1 BX 1 EA
17. 0019 s16-103678 Gemtech 9mm Silencer 1 BX 1 EA
18. 0020 N/A 300 Ammunition 1 BG 1 EA
19. 0021 N/A 7.62 ammo 1 BG 1 EA
20. 0022 N/A 308 ammo 1 BG 1 EA
21. 0023 N/A 9mm ammo 1 BG 1 EA
22. 0024 N/A 12 gauge rounds 1 BG 1 EA
23. 0025 N/A Magnum lead shot 25 lbs bag 1 BG 1 EAY
24. 0026 N/A 12 gauge shells 1 BX 1 EA
25. 0027 N/A 9mm brass 1 BX 1 EA
26. 0028 N/A scopes 1 BG 1 EA 1
27. 0029 N/A 38 cal ammo 1 BX 1 EA
28. 0030 N/A Gat Crank 1 BG 1 EA
29. 0031 N/A Misc. firearm parts and pieces 1 BX 1 EA
30. 0032 N/A Misc. Brass 1 BX 1 EA
31. 0033 N/A misc. bullets 1 BX 1 EA
32. 0034 N/A misc. ammo. 1 BX 1 EA
33. 0035 N/A 40 cal. ammo 1 BX 1 EA
34. 0036 N/A 1 mm punch 1 BX 1 EA
35. 0037 1441779 Savage model 64 22 cal. with scope 1 BX 1 EA
36. 0038 581-65669 Ruger 762 x 39 1 BX 1 EA
37. 0039 RR92045B Remington model 700 300 cal. rifle 1 BX 1 EA
38. 0040 PMD-11171-19RO Micro Draco 7.62 1 BX 1 EA 1
39. 0041 CEL116866-5 Smith and Wesson revolver 357 cal. 1 BX 1 EA
40. 0042 249335 Forehand Arms Revolver 38 cal 1 BX 1 EA
41. 0043 052206 Cobra 32 auto 1 BX 1 EA
42. 0044 N/A 32 cal. ammo 1 BG 1 EA
43. 0045 N/A AR style ~~lover~~ receiver 1 BX 10 EA

lower

44. 0046 N/A AR style lower receiver large cal. 1 BX 3 EA
45. 0047 N/A 80% AR style unfinished lower receiver 1 BX 6 EA
46. 0048 N/A CNC Milling machine With one 80% AR style lower receiver 1 BX 1 EA
47. 0049 N/A Tools to manufacture black powder 1 BX 1 EA
48. 0050 N/A Tannerite 1 BX 1 EA
49. 0051 N/A Stump remover / IED component 1 BX 1 EA
50. 0052 N/A Smokeless powder 8 lbs 2 BG 1 EA
51. 0053 N/A Smokeless powder reload hopper 2 BG 1 EA
52. 0054 N/A Smokeless powder hoppers 2 BG 1 EA
53. 0055 N/A smokeless powder 2 BX 1 EA
54. 0056 N/A Expended grenade fuse 1 BX 4 EA
55. 0057 N/A Home made signaling device 1 BG 1 EA
56. 0058 N/A signaling device 1 BX 1 EA
57. 0059 N/A Alpha fire system 1 BX 1 EA
58. 0060 N/A hobby fuse 1 BX 2 EA
59. 0061 N/A Smokeless powder 1 BX 1 EA
60. 0062 N/A pistol powder 1 BG 1 EA
61. 0086 N/A Reloading press and equipment 5 BX 12 EA