☐ FILED      ☐ ENTERED
☐ LOGGED   ☐ RECEIVED

12:00 pm, Sep 13 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | * **Case No. 21-cr-00334-CCB** |
| v. | * |
| | * |
| | * |
| **WILSON NUYILA TITA** | * |
| | * |
| | * |
| **Defendant** | * |

**\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM OPINION AND ORDER OF COURT

This matter is before the Court on the defendant's Motion to Seal Indictment and the government's Opposition thereto (ECF No. 22). The undersigned conducted the defendant's initial appearance on August 27, 2021. At the initial appearance, the defendant orally moved to seal the Indictment, citing the potential danger to his family in Cameroon should his name in the Indictment be made public. The Court granted the oral motion to seal, pending briefing by the parties. On or about August 31, 2021 the Court received the defendant's written Motion to Seal Indictment in which he reiterates the reasons stated on the record at the initial appearance. On or about September 2, 2021, the government filed its Opposition (ECF No. 22). The government asserts that several hours before the August 27, 2021, initial appearance, the government issued a press release announcing the filing of the Indictment, the nature of the charges, and the names of the defendants, including Mr. Tita.[1] The government further asserts that on August 30, 2021, a story about the Indictment, including the defendant's name, was published in *The Guardian Post*, a

---

[1] The Court was not aware that the press release had been issued before the initial appearance hearing.

newspaper in Cameroon.  According to the government, *The Guardian Post* also posted the story, with the defendant's name included, on its Twitter and Facebook accounts.  The government attached copies of its press release, the newspaper story, and the Twitter and Facebook posts to its Opposition.

The Court finds that the defendant's Motion to Seal Indictment is moot considering the publication of the Indictment, including the defendant's name.  Therefore, it is 13th day of September 2021 by the United States District Court for the District of Maryland hereby ORDERED that the defendant's Motion to Seal Indictment be and is hereby DENIED as moot and the Indictment shall be UNSEALED.

*Thomas M. DiGirolamo*
Thomas M. DiGirolamo
United States Magistrate Judge