# UNITED STATES OF AMERICA

## vs.

## WILSON TITA, ERIC NJI, & WILSON FONGUH

**Criminal No. CCB-21-0334**         **Government & Defendants Trial Exhibits List**

## ATTACHED IS AN ELECTRONIC COPY OF ALL ADMITTED EXHIBITS

USDC- BALTIMORE
'22 MAY 9 PM 12:52

United States District Court for the District of Maryland
Northern Division
Exhibits Log: CCB-21-0334
USA v. Wilson Tita, et al, 4/25/2022

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1-A | Gov - Photo of Exhibit 1 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-2-A | Photo of Exhibit 2 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-2-B | Gov - obliterated serial number | Yes | 4/28/2022 4:21 PM | 4/28/2022 4:21 PM |
| Gov-2-C | Gov - obliterated SN Restored | Yes | 4/28/2022 4:21 PM | 4/28/2022 4:21 PM |
| Gov-3-A | Gov - Photo of Exhibit 3 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-4-A | Gov - Photo of Exhibit 4 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-4-B | Gov - obliterated manufacture markings as received 2 | Yes | 4/28/2022 4:23 PM | 4/28/2022 4:23 PM |
| Gov-4-C | Gov - Obliterated Serial Number Restored | Yes | 4/28/2022 4:23 PM | 4/28/2022 4:23 PM |
| Gov-5-A | Gov - Photo of Exhibit 5 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-5-B | Gov - ATF PN 158 obliterated markings as received | Yes | 4/28/2022 4:24 PM | 4/28/2022 4:24 PM |
| Gov-5-C | Gov - ATF PN 158 obliterated SN Restored | Yes | 4/28/2022 4:25 PM | 4/28/2022 4:25 PM |
| Gov-6-A | Gov - Photo of Exhibit 6 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-6-B | Gov - obliterated serial number as received | Yes | 4/28/2022 4:27 PM | 4/28/2022 4:27 PM |
| Gov-6-C | Gov - Obliterated SN Restored | Yes | 4/28/2022 4:28 PM | 4/28/2022 4:28 PM |
| Gov-7-A | Gov - Photo of Exhibit 7 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-7-B | Gov - obliterated serial number as received | Yes | 4/28/2022 4:30 PM | 4/28/2022 4:30 PM |
| Gov-7-C | Gov - Serial Number Restored | Yes | 4/28/2022 4:30 PM | 4/28/2022 4:30 PM |
| Gov-7-D | Gov - ATF PN 129 SN as Restored After Overnight | Yes | 4/28/2022 4:30 PM | 4/28/2022 4:30 PM |
| Gov-8-A | Gov - Photo of Exhibit 8 | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-9-A | Gov - Photo of Exhibit 9 | Yes | 4/29/2022 4:03 PM | 4/29/2022 4:03 PM |
| Gov-11-A | Gov - Photo of Exhibit 11 | Yes | 5/2/2022 2:52 PM | 5/2/2022 2:52 PM |
| Gov-12-A | Gov - Photo of Exhibit 12 | Yes | 5/2/2022 12:00 AM | 5/2/2022 12:00 AM |
| Gov-13-A | Gov - Photo of Exhibit 13 | Yes | 5/2/2022 9:12 AM | 5/2/2022 9:12 AM |
| Gov-17 | Gov - Photo of ATF PN 30 | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-19 | Gov - Photo of ATF PN 32 | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-20-A | Gov - Photo of Shiping Container | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-B | Gov - Photo of Inside Shipping Container | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-C | Gov - Photo of Inside Shipping Container | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-D | Gov - Photo of Trailer | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-E | Gov - Photo of Inside Shipping Container | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-F | Gov - Photo of Inside Shipping Container | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-F1 | Gov - Photo of Inside Shipping Container | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-G | Gov - Photo of Wrapped Materials | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-H | Gov - Photo of Wrapped Package | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-I | Gov - Photo of Packaged Ammunition | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-J | Gov - Photo of Casings | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-K | Gov - Photo of Camo Vest | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-L | Gov - Photo of Luggage Tag | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-M | Gov - Photo of Wrapped Package | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-N | Gov - Photo of Unwrapped Package Exh 20M | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-20-O | Gov - Photo of Rifles & Magazines | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-21-A | Gov - Photo of Compressors | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-B | Gov - Photo of Shipping container & compressor | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-C | Gov - Photo of opened red compressor | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-D | Gov - Photo of packages in red compressor | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-E | Gov - Photo of SKS Rifiles | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-F | Gov - Photo of packages | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-H | Gov - Photo of orange-wrapped packages | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-I | Gov - Photo of orange-wrapped packages 2 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-21-J | Gov - X-ray photo of Red compressor | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-22 | Gov - Video of 6701 Golden Ring Road Basement | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-23-A | Gov - Photo of PMags in Basement | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-23-B | Gov - Photo of Additional PMags | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-23-C | Gov - Photo of Additional PMags | Yes | 4/26/2022 2:24 PM | 4/26/2022 2:24 PM |
| Gov-25-A | Gov - Photo of Basement | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-B | Gov - Photo of Basement | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-C | Gov - Photo of Basement | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-D | Gov - Photo of Casings | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-E | Gov - Photo of wrapped package | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-F | Gov - Photo of Ammunition | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-G | Gov - Photo of 3D Printer | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-H | Gov - Entry Photo | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-J | Gov - Photo of Garage Area | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-25-K | TD Bank Reciept | Yes | 4/29/2022 11:19 AM | 4/29/2022 11:19 AM |
| Gov-26 | Gov - Notebook Seized 1 | Yes | 4/26/2022 3:37 PM | 4/26/2022 3:37 PM |
| Gov-27 | Gov - Seized Notebook 2 | Yes | 4/26/2022 2:36 PM | 4/26/2022 2:36 PM |
| Gov-28 | Gov - Seized Notebook 3 | Yes | 4/26/2022 2:45 PM | 4/26/2022 2:45 PM |
| Gov-28-A | Gov - Seized Notebook 4 | Yes | 4/26/2022 2:41 PM | 4/26/2022 2:41 PM |
| Gov-29 | Gov - Email from St. Michael to Syzmanski with Dock Receipt and Car Titles | Yes | 4/27/2022 11:08 AM | 4/27/2022 11:08 AM |
| Gov-30-A | CashApp Summary - Tita | Yes | 4/29/2022 2:50 PM | 4/29/2022 2:50 PM |
| Gov-30-B | Gov - CashApp Summary - Nji | Yes | 4/29/2022 2:58 PM | 4/29/2022 2:58 PM |
| Gov-30-C | Gov - Cash App Summary - St. Michael | Yes | 4/29/2022 2:58 PM | 4/29/2022 2:58 PM |
| Gov-30-D | Gov - CashApp Summary - AKEM | Yes | 4/27/2022 4:03 PM | 4/27/2022 4:03 PM |
| Gov-30-E | Gov - CashApp Summary - Muma | Yes | 4/29/2022 2:58 PM | 4/29/2022 2:58 PM |
| Gov-31-B | Gov - CashApp Summary - Fonguh | Yes | 4/29/2022 2:58 PM | 4/29/2022 2:58 PM |
| Gov-32 | Gov - Akem Samsung phone extract report | Yes | 4/27/2022 2:35 PM | 4/27/2022 2:35 PM |
| Gov-32-A | Gov - Photo from phone 1 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-B | Gov - Photo from Akem Phone 2 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-C | Gov - Photo from Akem Phone 3 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-D | Gov - Photo from Akem Phone 4 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-E | Gov - Photo from Akem Phone 5 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-32-F | Gov - Photo from Akem Phone 6 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-G | Gov - Photo from Akem Phone 7 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-H | Gov - Photo from Akem Phone 8 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-I | gov - Photo from Akem Phone 9 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-J | Gov - Photo from Akem Phone 10 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-K | Gov - Photo from Akem Phone 11 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-L | Gov - Photo from Akem Phone 12 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-M | Gov - Photo from Akem Phone 13 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-N | Gov - Photo from Akem Phone 14 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-O | Gov - Photo from Akem Phone 15 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-32-P | Gov - Photo from Akem Phone 16 | Yes | 4/27/2022 2:49 PM | 4/27/2022 2:49 PM |
| Gov-33 | Gov - Kingsmen AKEM Phone Document Peanut Project Bylaws-1 5ef873cb-2137-444b-80c6-55513131d210 | Yes | 4/27/2022 2:52 PM | 4/27/2022 2:52 PM |
| Gov-33-A | Gov - DOD Support Forum Chat | Yes | 4/27/2022 2:53 PM | 4/27/2022 2:53 PM |
| Gov-34-A | Gov - ProjectSupportForum_Exhibit(Fully_Redatced) | Yes | 4/27/2022 12:15 PM | 4/27/2022 12:15 PM |
| Gov-34-B | Gov - Extraction Report 6-11-2017 minutes PEANOT PROJECT PG1 and PG2 | Yes | 4/27/2022 12:26 PM | 4/27/2022 12:26 PM |
| Gov-34-C | Gov - Document 6-11-17 Miuntes PEANOT PROJECT PG1 and PG2 | Yes | 4/27/2022 12:32 PM | 4/27/2022 12:32 PM |
| Gov-34-D | Gov - Extraction Report, St. M Cell compressor Photos | Yes | 4/27/2022 12:37 PM | 4/27/2022 12:37 PM |
| Gov-34-E1 | Gov - St. M phone Compressor Photos 1 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E10 | Gov - St. M phone Compressor Photos 10 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E11 | Gov - St. M phone Compressor Photos 11 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E12 | Gov - St. M phone Compressor Photos 12 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E13 | Gov - St. M phone Compressor Photos 13 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E14 | Gov - St. M phone Compressor Photos 14 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E15 | Gov - St. M phone Compressor Photos 15 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E16 | Gov - St. M phone Compressor Photos 16 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E17 | Gov - St. M phone Compressor Photos 17 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E18 | Gov - St. M phone Compressor Photos 18 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E19 | Gov - St. M phone Compressor Photos 19 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-34-E2 | Gov - St. M phone Compressor Photos 2 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E20 | Gov - St. M phone Compressor Photos 20 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E21 | Gov - St. M phone Compressor Photos 21 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E22 | Gov - St. M phone Compressor Photos 22 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E23 | Gov - St. M phone Compressor Photos 23 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E24 | Gov - St. M phone Compressor Photos 24 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E25 | Gov - St. M phone Compressor Photos 25 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E26 | Gov - St. M phone Compressor Photos 26 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E27 | Gov - St. M phone Compressor Photos 27 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E28 | Gov - St. M phone Compressor Photos 28 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E29 | Gov - St. M phone Compressor Photos 29 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E3 | Gov - St. M phone Compressor Photos 3 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E30 | Gov - St. M phone Compressor Photos 30 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E31 | Gov - St. M phone Compressor Photos 31 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E32 | Gov - St. M phone Compressor Photos 32 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E33 | Gov- St. M phone Compressor Photos 33 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E34 | Gov- St. M phone Compressor Photos 34 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E35 | Gov - St. M phone Compressor Photos 35 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E36 | Gov- St. M phone Compressor Photos 36 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E37 | Gov- St. M phone Compressor Photos 37 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E38 | Gov - St. M phone Compressor Photos 38 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E39 | Gov - St. M phone Compressor Photos 39 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E4 | Gov - St. M phone Compressor Photos 4 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E40 | Gov - St. M phone Compressor Photos 40 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E41 | Gov - St. M phone Compressor Photos 41 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E42 | Gov - St. M phone Compressor Photos 42 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E43 | Gov - St. M phone Compressor Photos 43 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E44 | Gov - St. M phone Compressor Photos 44 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-34-E5 | Gov - St. M phone Compressor Photos 5 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E6 | Gov - St. M phone Compressor Photos 6 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E7 | Gov - St. M phone Compressor Photos 7 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E8 | Gov - St. M phone Compressor Photos 8 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-34-E9 | Gov -St. M phone Compressor Photos 9 | Yes | 4/27/2022 12:47 PM | 4/27/2022 12:47 PM |
| Gov-35-A | Gov - pg 1-2 | Yes | 4/27/2022 12:48 PM | 4/27/2022 12:48 PM |
| Gov-35-AA | Gov - pg 253-255 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AB | Gov - pg 260-264 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AC | Gov - pg 270 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AD | Gov - pg 274 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AE | Gov - pg 283-284 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AF | Gov - pg 286-289 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AG | Gov - pg 290 | Yes | 4/27/2022 1:02 PM | 4/27/2022 1:02 PM |
| Gov-35-AH | Gov - pg 295-299 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-AI | Gov - pg. 301 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-35-B | Gov - pg 8-9 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-C | Gov - pg 10-24 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-D | Gov - pg 25 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-E | Gov - pg 28-29 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-F | Gov - pg 31-32 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-G | Gov - pg 34-36 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-H | Gov - pg 41-46 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-I | Gov - pg 48-49 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-J | Gov - pg 53 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-K | Gov - pg 60-68 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-L | Gov - pg 80-81 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-M | Gov - pg 82-94 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-N | Gov - pg 97-109 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-35-O | Gov - pg 143-145 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-P | Gov - 160-165 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-Q | Gov - pg 174 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-Q1 | Gov - pg 173 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-35-R | Gov - pg 184-187 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-S | Gov - pg 188 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-T | Gov - pg 202 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-U | Gov - pg 203-204 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-V | Gov - pg 213-217 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-W | Gov - pg 219 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-X | Gov - pg 222-223 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-Y | Gov - pg 225-226 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-35-Z | Gov - pg 240-248 | Yes | 4/27/2022 1:00 PM | 4/27/2022 1:00 PM |
| Gov-36 | Gov - WhatsApp - Kindness Group Extract Report | Yes | 4/27/2022 2:09 PM | 4/27/2022 2:09 PM |
| Gov-36-B | Gov - pg 7-8 | Yes | 4/27/2022 2:11 PM | 4/27/2022 2:11 PM |
| Gov-36-C | Gov - pg 16 | Yes | 4/27/2022 2:11 PM | 4/27/2022 2:11 PM |
| Gov-36-D | Gov - pg 19-20 | Yes | 4/27/2022 2:11 PM | 4/27/2022 2:11 PM |
| Gov-37 | Gov - Whats App - Response Team Extract Report | Yes | 4/27/2022 2:12 PM | 4/27/2022 2:12 PM |
| Gov-38-A | Gov - pgs 1, 16 | Yes | 4/27/2022 2:13 PM | 4/27/2022 2:13 PM |
| Gov-38-B | Gov - pg 23-26 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-38-C | Gov - pg 26-36 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-38-D | Gov - pg 44-45 | Yes | 4/27/2022 2:57 PM | 4/27/2022 2:57 PM |
| Gov-38-E | Gov - pg 54-55 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-38-F | Gov - pg 61 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-38-G | Gov - pg 64 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-38-H | Gov - pg 66-67 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-A | Gov - pgs 1, 3-5 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-B | Gov - pg 15-16 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-39-C | Gov - pg 24-32 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-D | Gov - pg 42-45 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-E | Gov - pg 48-49 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-F | Gov - pg 55 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-G | Gov - pg 59 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-39-H | Gov - pg 70-71 | Yes | 4/27/2022 2:16 PM | 4/27/2022 2:16 PM |
| Gov-40-A | Gov - pg 1 | Yes | 4/27/2022 2:18 PM | 4/27/2022 2:18 PM |
| Gov-40-B | Gov - pg 13-15 | Yes | 4/27/2022 2:18 PM | 4/27/2022 2:18 PM |
| Gov-40-C | Gov - pg 16 | Yes | 4/27/2022 2:18 PM | 4/27/2022 2:18 PM |
| Gov-40-D | Gov - pg 22 | Yes | 4/27/2022 2:18 PM | 4/27/2022 2:18 PM |
| Gov-41-A | Gov - Pgs 1, 20-26 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-B | Gov - Pg 44-45 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-C | Gov - Pg 57-62 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-D | Gov - Pg 78 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-E | Gov - Pg 124-125 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-F | Gov - Pg 139-140 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-G | Gov - Pg 145 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-H | gov - Pg 163 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-I | Gov - Pg 173 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-J | Gov - Pg 170-171 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-41-K | Gov - Pg 1, 46-47 | Yes | 4/27/2022 2:20 PM | 4/27/2022 2:20 PM |
| Gov-42-A | Gov - Photos of FP Examined Firearms 1 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-42-B | Gov - Photo of FP Examined Firearms 2 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-42-C | Gov - Photo of FP Examined Firearms 3 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-43-A | Gov - Photo of FP Examined Wrapping 1 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-43-B | Gov - Photo of FP Examined Wrapping 2 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-43-C | Gov - Photo of FP Examined Wrapping 3 | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Gov-45 | Gov - ATF PN 125 - Overall Photo of Firearm | Yes | 4/28/2022 4:32 PM | 4/28/2022 4:32 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-45-A | Gov - ATF PN 125 - Obliterated SN as received | Yes | 4/28/2022 4:32 PM | 4/28/2022 4:32 PM |
| Gov-45-B | Gov - ATF PN 125 - Obliterated SN Unrestored | Yes | 4/28/2022 4:32 PM | 4/28/2022 4:32 PM |
| Gov-45-C | Gov - ATF PN 125 - SN right side of receiver | Yes | 4/28/2022 4:32 PM | 4/28/2022 4:32 PM |
| Gov-46 | Gov - ATF PN 126 - Overall Photo of Firearm | Yes | 4/28/2022 4:34 PM | 4/28/2022 4:34 PM |
| Gov-46-A | Gov - ATF PN 126 - Obliterated SN as received | Yes | 4/28/2022 4:34 PM | 4/28/2022 4:34 PM |
| Gov-46-B | Gov - ATF PN 126 - Obliterated SN Restored | Yes | 4/28/2022 4:34 PM | 4/28/2022 4:34 PM |
| Gov-47 | Gov - ATF PN 127 - Overall Photo of Firearm | Yes | 4/28/2022 4:36 PM | 4/28/2022 4:36 PM |
| Gov-47-A | Gov - ATF PN 127 - Obliterated SN as received | Yes | 4/28/2022 4:36 PM | 4/28/2022 4:36 PM |
| Gov-47-B | Gov - ATF PN 127 - Obliterated SN Restored | Yes | 4/28/2022 4:36 PM | 4/28/2022 4:36 PM |
| Gov-48 | Gov - ATF PN 128 - Overall Photo of Firearm | Yes | 4/28/2022 4:36 PM | 4/28/2022 4:36 PM |
| Gov-48-A | Gov - ATF PN 128 - Obliterated SN as received | Yes | 4/28/2022 4:36 PM | 4/28/2022 4:36 PM |
| Gov-48-B | Gov - ATF PN 128 - Obliterated SN as Restored | Yes | 4/28/2022 4:36 PM | 4/28/2022 4:36 PM |
| Gov-49 | Gov - ATF PN 130 - Overall Photo of Firearm | Yes | 4/28/2022 4:38 PM | 4/28/2022 4:38 PM |
| Gov-49-A | Gov - ATF PN 130 - Obliterated SN as received | Yes | 4/28/2022 4:38 PM | 4/28/2022 4:38 PM |
| Gov-49-B | Gov - ATF PN 130 - Obliterated SN as restored | Yes | 4/28/2022 4:38 PM | 4/28/2022 4:38 PM |
| Gov-50 | Gov - ATF PN 131 - Overall Photo of Firearm | Yes | 4/28/2022 4:39 PM | 4/28/2022 4:39 PM |
| Gov-50-A | Gov - ATF PN 131 - Obliterated markings as received | Yes | 4/28/2022 4:39 PM | 4/28/2022 4:39 PM |
| Gov-50-B | Gov - ATF PN 131 - Obliterated SN as restored | Yes | 4/28/2022 4:39 PM | 4/28/2022 4:39 PM |
| Gov-51 | Gov - ATF PN 134 - Overall Photo of Firearm | Yes | 4/28/2022 4:40 PM | 4/28/2022 4:40 PM |
| Gov-51-A | Gov - ATF PN 134 - Obliterated markings as received | Yes | 4/28/2022 4:40 PM | 4/28/2022 4:40 PM |
| Gov-51-B | Gov - ATF PN 134 - Obliterated SN as restored | Yes | 4/28/2022 4:40 PM | 4/28/2022 4:40 PM |
| Gov-52 | Gov - ATF PN 135 - Overall Photo of Firearm | Yes | 4/28/2022 4:41 PM | 4/28/2022 4:41 PM |
| Gov-52-A | Gov - ATF PN 135 - Obliterated markings as received | Yes | 4/28/2022 4:41 PM | 4/28/2022 4:41 PM |
| Gov-52-B | Gov - ATF PN 135 - Obliterated SN as restored | Yes | 4/28/2022 4:41 PM | 4/28/2022 4:41 PM |
| Gov-53 | Gov - ATF PN 136 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-53-A | Gov - ATF PN 136 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-53-B | Gov - ATF PN 136 - Obliterated SN as restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-54 | Gov - ATF PN 138 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-54-A | Gov - ATF PN 138 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-54-B | Gov - ATF PN 138 - Obliterated SN restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-55 | Gov - ATF PN 139 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-55-A | Gov - ATF PN 139 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-55-B | Gov - ATF PN 139 - Obliterated SN as restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-56 | Gov - ATF PN 140 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-56-A | Gov - ATF PN 140 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-56-B | Gov - ATF PN 140 - Obliterated SN not restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-57 | Gov - ATF PN 141 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-57-A | Gov - ATF PN 141 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-57-B | Gov - ATF PN 141 - Obliterated SN not restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-58 | Gov - ATF PN 142 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-58-A | Gov - ATF PN 142 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-58-B | Gov - ATF PN 142 - Obliterated SN Not restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-59 | Gov - ATF PN 143 - Overall Photo of Firearm | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-59-A | Gov - ATF PN 143 - Obliterated SN as received | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-59-B | Gov - ATF PN 143 - Obliterated SN restored | Yes | 4/28/2022 4:53 PM | 4/28/2022 4:53 PM |
| Gov-60 | Gov - ATF PN 149 - Overall Photo of Firearm | Yes | 4/29/2022 4:02 PM | 4/29/2022 4:02 PM |
| Gov-60-A | Gov - ATF PN 149 -Obliterated serial number | Yes | 4/29/2022 4:02 PM | 4/29/2022 4:02 PM |
| Gov-61 | Gov - ATF PN 151 - Overall Photo of Firearm | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-61-A | Gov - ATF PN 151 - Obliterated SN as received | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-61-B | Gov - ATF 151 - Obliterated SN restored | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-62 | Gov - ATF PN 152 - Overall Photo of Firearm | Yes | 4/28/2022 5:02 PM | 4/28/2022 5:02 PM |
| Gov-62-A | Gov - ATF PN 152 - Obliterated SN as Received | Yes | 4/28/2022 5:02 PM | 4/28/2022 5:02 PM |
| Gov-62-B | Gov - ATF PN 152 - Obliterated SN Not restored | Yes | 4/28/2022 5:01 PM | 4/28/2022 5:01 PM |
| Gov-63 | Gov - ATF PN 153 - Overall Photo of Firearm | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-63-A | Gov - ATF PN 153 - Obliterated SN as received | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-63-B | Gov -ATF PN 153 - Intact serial number located on left side of receiver after removing poylmer | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-64 | Gov - ATF PN 154 - Overall Photo of Firearm | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-64-A | Gov - ATF PN 154 - Obliterated SN as Received | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-64-B | Gov - ATF PN 154 - Obliterated SN restored | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-65 | Gov - ATF PN 155 - Overall Photo of Firearm | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-65-A | Gov - ATF PN 155 - Obliterated SN as received | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-65-B | Gov - ATF PN 155 - Obiterated SN Not restored | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-66 | Gov - ATF PN 159 - Overall Photo of Firearm | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-66-A | Gov - ATF PN 159 - Obliterated SN as received | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-66-B | Gov - ATF PN 159 - Obliterated SN as restored | Yes | 5/5/2022 2:14 PM | 5/5/2022 2:14 PM |
| Gov-67 | Gov - ATF PN 160 - Overall Photo of Firearm | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-67-A | Gov - ATF PN 160 - Obliterated SN as received | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-67-B | Gov - ATF PN 160 - Obliterated SN as restored | Yes | 4/28/2022 5:00 PM | 4/28/2022 5:00 PM |
| Gov-68 | Gov - FTR 11-12-18 | Yes | 4/29/2022 3:40 PM | 4/29/2022 3:40 PM |
| Gov-69-1 | Gov - Kingsmen Container Recovered Firearms | Yes | 4/29/2022 12:00 AM | 4/29/2022 12:00 AM |
| Gov-73-1 | Gov - Timeline of Conspiracy | Yes | 4/29/2022 12:00 AM | 4/29/2022 12:00 AM |
| Gov-75-A | Gov - Extraction Report, 2017 Kindness Chat Participants | Yes | 4/27/2022 2:06 PM | 4/27/2022 2:06 PM |
| Gov-76-A | Gov - Extaction Report - Ngang Cell phone Oct 7 2018 Assessment minutes | Yes | 4/27/2022 2:09 PM | 4/27/2022 2:09 PM |
| Gov-78 | Gov - DOC- BIS Past Individual Licensing Registration History_ | Yes | 4/29/2022 12:00 AM | 4/29/2022 12:00 AM |
| Gov-79 | Gov - Stipulation 3, Phone Records | Yes | 4/29/2022 12:00 AM | 4/29/2022 12:00 AM |
| Gov-91 | Gov - DDTC.ATTACHMENT B | Yes | 4/29/2022 12:00 AM | 4/29/2022 12:00 AM |
| Gov-92 | Gov - Stipulation Re Joe Mizell | Yes | 4/28/2022 12:00 AM | 4/28/2022 12:00 AM |
| Def-Nji-14 | Nji - EnrollmentAgreement | Yes | 4/29/2022 12:00 AM | 4/29/2022 12:00 AM |
| Def-Tita-35 | Tita - Photograph of Wilson Tita.pdf | Yes | 5/5/2022 1:29 PM | 5/5/2022 1:29 PM |