IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. CCB 21 0334 |
| WILSON NUYILA TITA, et al., | : |
| Defendants. | : |
| | : |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, by its undersigned attorneys, hereby moves for a two-week extension of time in which to respond to the defendants' post-trial motions. As grounds for this motion, the government states as follows.

1. On or about July 18, 2022, the defendants, Wilson Tita, Wilson Fonguh and Eric Nji, each filed post-trial motions seeking, in the alternative, dismissal, judgments of acquittal or a new trial. Without opposition from the government, the defendants obtained from the Court two extensions of time in which to file those pleadings. *See* ECF 115 and 119.

2. On August 12, 2022, again without opposition from the government, defendants Fonguh and Tita filed a motion to join and adopt the post-trial motions of each defendant. *See* ECF 139.

3. The government's response to the defendants' various motions is currently due on or before August 19, 2022. The defendants' motions raise a host of different legal and factual arguments. The government respectfully requests an additional two weeks of time until September 2, 2022, in which to file its response to those various issues.

4.      Counsel for each of the defendants have advised the undersigned government counsel that there is no objection to this request for additional time.

WHEREFORE, for the foregoing reasons, the government respectfully requests that this honorable Court enter an order extending the period of time in which the government may respond to the defendants' post-trial motions until on or before September 2, 2022.

                                                Respectfully submitted,

                                                Erek L. Barron
                                                United States Attorney

By: _____
                                                Kathleen O. Gavin
                                                Assistant United States Attorney
                                                36 South Charles Street
                                                Fourth Floor
                                                Baltimore, Maryland 21201

                                                *Filed via ECF-MD*