IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-21-0334 |
| WILSON NUYILA TITA, *et al* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons explained in the accompanying Memorandum Opinion, it is this <u>22nd</u> day of <u>December 2022</u>, hereby ORDERED that Defendants' post-trial Motions (ECF Nos. 122, 123, and 126) are **DENIED**.

_____/s/_____
Richard D. Bennett
United States District Judge